GOING HATHORN *versus* NATHANIEL M. TOWLE.

THE defendant was a stockholder in the Kennebec and Portland Railroad Company, and plaintiff brought his action against him to recover a debt which he had failed to collect of the corporation.

The case came before the full Court on demurrer, and was argued by

*D. D. Stewart*, for plaintiff, and by

*J. S. Abbott*, for defendant.

No written opinion was prepared. The case of *Coffin* v. *Rich*, 45 Maine, 507, was considered decisive of this, and the Court directed an entry of                  *Plaintiff nonsuit.*

# CASES

IN THE

# SUPREME JUDICIAL COURT,

FOR THE

## EASTERN DISTRICT.

## 1858.

## COUNTY OF PENOBSCOT.